UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Joseph S. Haas

       v.                           Case No. 11-cv-243-SM

United States of America


O R D E R

I hereby recuse myself from this case.


SO ORDERED.

May 17, 2011                                _____
                                                  Steven J. McAuliffe
                                                  Chief Judge


cc:  Joseph S. Haas, pro se
     Seth R. Aframe, AUSA