UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Joseph S. Haas

    v.                    Civil No. 11-cv-00243-JL

United States of America

**ORDER OF RECUSAL**

I hereby recuse myself on the grounds that I, like the defendant, was employed by the United States Department of Justice in the District of New Hampshire at the time of the events alleged in the complaint.

**SO ORDERED.**

                                            /s/ Joe Laplante
                                            Joseph N. Laplante
                                            United States District Judge

Dated: May 18, 2011

cc:  Joseph S. Haas, pro se
     Seth R. Aframe, AUSA