UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Joseph S. Haas</u>

    v.                                            Civil No. 11-cv-243-PB

<u>United States of America</u>


<u>ORDER OF RECUSAL</u>

    I hereby recuse myself from presiding in this case. The case shall be assigned to another judge.

    SO ORDERED.

                                                  <u>/s/Paul Barbadoro</u>
                                                  Paul Barbadoro
                                                  United States District Judge

May 23, 2011

cc:  Josep S. Haas, pro se
     Seth R. Aframe, AUSA