```
              UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF NEW HAMPSHIRE
```

Joseph S. Haas

    v.                              Civil No. 11-cv-243-SM

United States of America

O R D E R

The undersigned recuses himself from presiding over this case. The case shall be assigned to another judge.

SO ORDERED.

                                            Joseph A. DiClerico, Jr.
                                            United States District Judge

May 24, 2011

cc:  Joseph S. Haas, pro se
     Seth R. Aframe, Esquire