UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Joseph S. Haas

v.                                  NH Civil No. 11-cv-243

United States of America

# ORDER

All active service district judges in this district are recused from presiding over this case. Accordingly, the case shall be referred to the District of Maine; sitting by designation.

The recusal of all of the active service district judges in this court give rise to an "emergency" with respect to the referred case as that term is used in 28 U.S.C. § 636 (f). I therefore concur in the assignment of a magistrate judge from the designated district to perform the duties specified in 28 U.S.C. §636(a) - (c).

SO ORDERED.

Date: May 25, 2011             /s/ Steven J. McAuliffe
                               Steven J. McAuliffe
                               Chief Judge

cc:    Joseph S. Haas, pro se
       Seth R. Aframe, AUSA
       Clerk, USDC - District of Maine

## **CONCURRING ORDER**

I concur that George Z. Singal, a district judge in active service, shall be designated and assigned to preside over the above-captioned case.

I further concur that an emergency exists as specified above and that for the duration of this case Magistrate Judge Margaret J. Kravchuk is assigned to perform such duties under 28 U.S.C. § 636 (a) - (c) as may be assigned to him/her by the district judge to whom this case is assigned.

Date: 5/26/11

_____
Chief United States District Judge
District of Maine

cc: Joseph S. Haas, pro se
    Seth R. Aframe, AUSA
    Clerk, USDC- District of New Hampshire